## No. C-34

### Olga Larson v. Armond Goodman, Administrator
(493 P.2d 365)

Decided February 7, 1972.

Alan A. Armour, Hoffman, Goldstein & Armour, P.C., for petitioner.

Albert W. Gebauer, for respondent.

*En Banc.*

Per Curiam.

Certiorari to the judgment of the Colorado Court of Appeals was granted by this Court. Briefs were submitted and oral argument was held. After review, we have determined the issues as presented here are solely factual and do not involve principles of law.

We find that Certiorari was improvidently granted, and the Writ of Certiorari is therefore dismissed.